1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                            NORTHERN DISTRICT OF CALIFORNIA
10                                     SAN JOSE DIVISION
11

| | |
|---|---|
| TIMOTHY WALTON,                ) | Case No.: C 10-05887 PSG |
|            Plaintiff,          ) | **ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
|      v.                        ) | |
| THE ROSSDALE GROUP, LLC,       ) | |
|            Defendant.          ) | |

On January 1, 2011, Defendant filed a motion to dismiss this action. As a result, each party was required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than January 8, 2011. *See* Civ. L.R. 73-1(a)(2). On January 7, 2011, Defendant consented to magistrate judge jurisdiction. Plaintiff has neither consented nor requested reassignment. Therefore,

IT IS HEREBY ORDERED that no later than January 27, 2011, Plaintiff shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at

1  www.cand.uscourts.gov.

Dated: January 20, 2011

                                                   PAUL S. GREWAL
                                                   United States Magistrate Judge

ORDER, *page 2*

1 | *Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

3 | copies mailed on  *1/20/11*  to:

4 | Timothy James Walton
Law Offices of Timothy Walton
9515 Soquel Drive, Suite 207
Aptos, CA 95003

                                */s/ Kelly Lowenberg for*
                                OSCAR RIVERA
                                Courtroom Deputy