UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY WALTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE ROSSDALE GROUP,<br><br>　　　　　Defendant. | **Case No.: CV 10-05887 PSG**<br><br>**ORDER RENOTICING MOTION TO DISMISS VERIFIED AMENDED COMPLAINT AND DENYING FIRST MOTION TO DISMISS AS MOOT**<br><br>**(Re: Docket Nos. 3, 4, 22)** |

On February 16, 2011, Defendant filed and served a Motion to Dismiss Verified Amended Complaint and noticed the motion for hearing on March 8, 2011, or 20 days after service of the motion. Civ. L.R. 7-2(a), however, requires that a motion be noticed for hearing not less than 35 days after service of the motion.

IT IS HEREBY ORDERED that the Motion to Dismiss Verified Amended Complaint (Docket No. 22) will be heard on March 29, 2011 at 10 a.m.

IT IS FURTHER ORDERED that the previously filed Motion to Dismiss (Docket Nos. 3 and 4) is DENIED AS MOOT.

Dated: February 17, 2011

　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　 PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　 United States Magistrate Judge

ORDER