UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY WALTON,<br><br>         Plaintiff,<br>    v.<br><br>THE ROSSDALE GROUP,<br><br>         Defendant. | Case No.: C 10-05887 PSG<br><br>**ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The court finds that the pending motion to dismiss may be determined without oral argument.[1]

IT IS HEREBY ORDERED that the hearing scheduled for March 29, 2011 is vacated. The matter is now submitted.

IT IS FURTHER ORDERED that the case management conference scheduled for March 29, 2011 is continued to April 5, 2011.

Dated: March 24, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Civ. L.R. 7-1(b)

ORDER